Certified Copy
M-18-513-STE Document 5



IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

4:55 pm, Oct 17, 2018
Carmelita Reeder Shinn, Clerk

RECEIVED
OCT 17 2018
U.S. MARSHALS W/OK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | Case No. 18-MJ-513-STE |
| ) | |
| DRAGOS CONSTANTIN BADEA, ) | |
| ) | |
| Defendant. ) | |

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The President of the United States to the United States Marshal for the Western District of Oklahoma or any United States Marshal, and the Warden or Superintendent:

GREETINGS: You are hereby commanded to proceed to Oklahoma County Sheriff's Office and there take and receive Dragos Constantin Badea, Inmate Number 200544469, and keep him in your custody and bring him before the United States District Court for the Western District of Oklahoma on October 26, 2018, at 3:00 p.m., for any hearings necessary in this case and then return him to the custody of the above-named institution, or do as otherwise ordered by the Court.

DATED this 17th day of October 2018.

CARMELITA REEDER SHINN
Clerk of the United States District Court
for the Western District of Oklahoma

By: s/Raven McDaniel
DEPUTY

MARSHAL'S RETURN
Received DRAGOS BADEA on Oct. 26th 2018
at OKLA. Co. Jail and transported him/her
to W/OK Courthouse on Oct. 26th 2018
Return to OKLA Co. Jail on Oct. 26th 2018
United States Marshal
By: Western District of Oklahoma
Deputy